## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOHNNY PAUL DODSON                                                    PETITIONER

v.                                        NO. 5:14CV00355 JLH

RAY HOBBS, Director of the
Arkansas Department of Correction                                    RESPONDENT

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful review, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to stay and "determine whether habeas petition is second or successive" filed by petitioner Johnny Paul Dodson is denied. See Document #12.

IT IS SO ORDERED this 4th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE