# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOHNNY PAUL DODSON                                                                                          PETITIONER

v.                                               NO. 5:14CV00355 JLH

LARRY NORRIS, Interim Director of the
Arkansas Department of Correction                                                                RESPONDENT

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, *de novo* review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Johnny Paul Dodson is dismissed without prejudice so that he may seek permission from the United States Court of Appeals for the Eighth Circuit to file his petition. All requested relief is denied, and judgment will be entered for the Interim Director of the Arkansas Department of Correction. A certificate of appealability is also denied. *See* Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts.

IT IS SO ORDERED this 2nd day of February, 2015.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE